## SENTENCE REVIEW DIVISION

Joseph B. Gary, Chairman; Mark Sullivan, John Henson.

From: The District Court of the Sixteenth Judicial District, County of Rosebud, STATE OF MONTANA, Plaintiff, vs. EDWARD MINTUN, Defendant.

## DECISION

No. 1356

The application of the above-named defendant for a review of the sentence of 20 years; 5 years for weapon; consecutive, imposed on October 18, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 20 years for Aggravated Assault with 5 years suspended plus 5 years for the use of a dangerous weapon. The sentences shall be served consecutively and the Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

The Board finds that the amended sentence will make it more consistent with other cases of a similar nature and more consistent with the plea bargain agreement. Also, the fact that the Defendant has a prior record was taken into consideration.

HON. MARK SULLIVAN DISSENTS: He felt the sentence imposed fit the crime.

We wish to thank Brad Anderson of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED his 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark Sullivan, and John Henson.